No. 99–10107.   MINAJA-THED v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 99–10108.   MOORE v. MCGINNIS, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 99–10109.   MEDLEY v. CITY OF AMARILLO ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 99–10110.   SIMPSON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 99–10111.   SYKES v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 99–10112.   ABDUS-SALAAM v. GLICKMAN, SECRETARY OF AGRICULTURE.   C. A. Fed. Cir.   Certiorari denied.

No. 99–10113.   TOMPKINS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 99–10114.   URIBE-GOMEZ, AKA MOLINA-HERNANDEZ v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 99–10115.   VAN DE CRUIZE v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 99–10116.   DOAN v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 99–10117.   WHITECOTTON v. HILL, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION.   C. A. 9th Cir. Certiorari denied.

No. 99–10118.   BEST v. PEPSI-COLA BOTTLING COMPANY OF DURHAM, INC.   C. A. 4th Cir.   Certiorari denied.

No. 99–10119.   WHITE v. PEOPLES BANK & TRUST CO.   C. A. 5th Cir.   Certiorari denied.

No. 99–10121.   PASTRANA v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.